# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **GEORGE DANIEL GOMEZ RAMIREZ,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | |
| | § | **No. 3:26-CV-01847-LS** |
| **JUAN LOPEZ, ICE DIRECTOR, FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOM ENFORCEMENT (ICE),** | § | |
| | § | |
| ***Respondent*.** | § | |

**ORDER TRANSFERRING CASE**

Petitioner George Daniel Gomez Ramirez seeks a writ of habeas corpus under 28 U.S.C. § 2241, but the Court has already considered and denied Petitioner's claims for relief against parties in privity with the respondents in this case.[1] "No circuit or district judge shall be required to entertain an application for a writ of habeas corpus . . . if it appears that the legality of such detention has been determined . . . on a prior application."[2] A petitioner may file a successive petition in a district court only if "the applicant . . . move[s] in the appropriate court of appeals for an order authorizing the district court to consider the application."[3] Finally, when a petitioner files in district court without authorization, "the district court should transfer the petition or motion to

[1] *See Gomez-Ramirez v. Warden*, No. 3:26-cv-01348 (W.D. Tex. May 27, 2026); *see also Texas v. Dep't of Labor*, 929 F.3d 205, 211 (5th Cir. 2019) ("For privity, '[f]ederal courts have deemed' three 'types of relationships "sufficiently close" to justify preclusion': (1) 'a non-party who has succeeded to a party's interest in property,' (2) 'a non-party who controlled the original suit,' and (3) 'a non-party whose interests were represented adequately by a party in the original suit.'" (quoting *Sw. Airlines Co. v. Tex. Int'l Airline, Inc.*, 546 F.2d 84, 95 (5th Cir. 1997))).
[2] 28 U.S.C. § 2244(a).
[3] *Id.* § 2244(b)(3)(A).

[the court of appeals] in the interest of justice pursuant to [28 U.S.C.] § 1631."[4] Accordingly, the Court **TRANSFERS** this petition to the Fifth Circuit Court of Appeals in the interest of justice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 10, 2026.



**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[4] *United States v. Newby*, No. 25-40621, 2026 WL 1241015, at *1 (5th Cir. May 6, 2026) (quoting *Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997)).